## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

YONGS PLACE, INC.,

      Petitioner

      v.

PENNSYLVANIA LIQUOR CONTROL
BOARD,

      Respondent

: No. 197 EAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.